

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | | SOUTHERN DIVISION |
|---|---|---|
| 312 North Spring Street, Room G-8 | | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | | (714) 338-4750 |

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

July 25, 2014

Clerk, United States District Court
Alfred A. Arraj
United States Courthouse
District of Colorado
901 19th Street, 2nd Floor
Denver, CO 80294

Re: Transfer of Jurisdiction of Probation

    Your Case No. 04-cr-00228-WYD-02

    Assigned Our Case No. LA14CR00391-BRO

    Case Title: United States of America v. Jonathan Mendoza

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge George H. King.

Please forward to this district court certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

    Sincerely,

    Clerk, U.S. District Court

    By /s/ J. Lam (Jenny_Lam@cacd.uscourts.gov)
        Deputy Clerk

cc: Probation Office, Los Angeles
    Probation Office, District of Origin

---

CR-25 (09/08)         **TRANSMITTAL LETTER - PROBATION TRANSFER-IN**